Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
K. Joon Oh (SBN: 246142)
koh@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400

E-filing

Attorneys for Plaintiff
OMNIVISION TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

RS

| | |
|---|---|
| OMNIVISION TECHNOLOGIES, INC., | Case No. CV 08 1036 |
| Plaintiff, | **COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADEMARK DILUTION, AND UNFAIR COMPETITION** |
| vs. | |
| QUALCOMM INCORPORATED, | |
| Defendant. | **DEMAND FOR JURY TRIAL** |

Plaintiff OmniVision Technologies, Inc. ("OmniVision") alleges as follows :

## INTRODUCTION

1.    This action for trademark infringement, trademark dilution, and unfair competition arises from the marketing and sale of computer hardware and systems by Qualcomm Incorporated ("Qualcomm").  Qualcomm's products are highly related to those of OmniVision.  The companies share customers who buy their products to integrate them in devices such as mobile telephone handsets, where the Qualcomm and OmniVision components must interact with each other.  Indeed, Qualcomm purchases some of OmniVision's products to facilitate testing and design of Qualcomm's products to ensure proper interactions of the components.  Qualcomm's adoption of OmniVision's valuable trade name and most important OMNIVISION brand for computer hardware and related

1

1   services threatens harm to both OmniVision and the public, which will be confused, mistaken, or

2   deceived as to whether Qualcomm's OMNIVISION products and services emanate from, or are

3   affiliated with, or sponsored or approved by OmniVision. In usurping the trade name and core brand

4   of one of its business partners, Qualcomm inexplicably turns a blind eye to problems that Qualcomm

5   is causing and will cause to OmniVision in the marketplace. For a time, during which OmniVision

6   merely pressed oppositions in the Trademark Trial and Appeal Board of the United States Patent and

7   Trademark Office to Qualcomm's proposed registration of OMNIVISION trademarks, OmniVision

8   hoped to resolve this matter amicably because of the relationship of the parties as business partners.

9   Not only have amicable efforts to resolve the matter failed but Qualcomm has also announced plans

10  to expand its use of the mark dramatically, leaving OmniVision no other option but litigation to

11  protect its company identity, its reputation, and its core brand. OmniVision seeks injunctive relief,

12  actual damages, profits of the infringer, and an enhancement of damages and attorney's fees in this

13  exceptional case under the Lanham Act.

### JURISDICTION AND VENUE; INTRADISTRICT ASSIGNMENT

15      2.      This Court has subject matter jurisdiction over the entire action pursuant to 28 U.S.C.

16  §§1331 and 1338 because it arises under the federal Lanham Act and because the state-law unfair

17  competition claims are joined with related and substantial claims under the federal trademark laws.

18      3.      Venue is proper in this District under 28 U.S.C. § 1391(b) because Qualcomm is a

19  corporation residing in this District, because a substantial portion of the events giving rise to the

20  claims for relief stated in this Complaint occurred in this District, and because a substantial part of

21  property that is the subject of this action is located in this District.

22      4.      This action is not subject to divisional assignment because the case arises under

23  intellectual property laws.

### GENERAL ALLEGATIONS

25      5.      Plaintiff OmniVision is a Delaware corporation with its principal place of business in

26  Sunnyvale, California.

27

28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

SF:197334.5

6.      OmniVision and its products have achieved an extraordinary reputation. OmniVision has obtained the coveted ISO 9001-2000 certification for design, development, test, and marketing of integrated circuits for image sensing and processing applications in consumer and industrial electronics. OmniVision's products have won industry awards and have been used in a variety of award-winning products. OmniVision itself has received awards and recognition for its rapid and successful growth as a profitable technology company.

7.      OmniVision sold products valued at over $525 million in its most recent fiscal year. OmniVision is a rapidly growing company, as recognized by a variety of awards for company growth. Its sales for the first half of the current fiscal year total over $400 million, a strong surge from the previous year.

8.      Based on its use of the name and mark since 1995, OmniVision has developed strong common-law rights in the famous and distinctive OMNIVISION house brand and trademark. OmniVision's common-law rights extend to computer hardware (specifically semiconductor products including chipsets), computer software, and technical support services. OmniVision's products and services are geared to applications in the following markets: mobile telephone handsets, automotive (including trucking), security/surveillance, medical, camera/videophones, digital camcorders, digital still cameras, webcams, pattern/face recognition, and games/toys.

9.      OmniVision owns a federal registration for the word mark OMNIVISION (without regard to the script in which it is presented), Reg. No. 2,429,766, dated February 20, 2001, with respect to integrated circuits for imaging, namely image sensors. This registration is valid, enforceable, and incontestable under section 15 of the Lanham Act, 15 U.S.C. §1065. Exhibit A is a true and correct copy of a status report of the registration from the USPTO web site.

10.      OmniVision also owns a federal registration for the mark OMNIVISION and Design, Reg. No. 2,429,765, dated February 20, 2001, with respect to integrated circuits for imaging, namely image sensors. This registration is valid, enforceable, and incontestable under section 15 of the Lanham Act, 15 U.S.C. §1065. Exhibit B is a true and correct copy of the registration from the USPTO web site.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

3

**Complaint and Demand for Jury Trial**
**Case No. _____**

SF:197334.5

11.    OmniVision owns a federal registration for the word mark OMNIVISION (without regard to the script in which it is presented), Reg. No. 3,229,932 , dated April 17, 2007, with respect to integrated circuits.  This registration is valid and enforceable.  Exhibit C is a true and correct copy of a status report of the registration from the USPTO web site.

12.    OmniVision also owns a federal registration for the mark OMNIVISION and Design, Reg. No. 3,227,857, dated April 10, 2007, with respect to integrated circuits.  This registration is valid and enforceable. Exhibit D is a true and correct copy of a status report of the registration from the USPTO web site.

13.    Ownership of the federal registrations confers upon OmniVision a presumption of validity of the marks and of exclusive rights to use the marks in commerce with respect to the goods indicated in the registrations.

14.    OmniVision believes, and therefore alleges, that Qualcomm is a Delaware corporation with its principal place of business in San Diego, California.

15.    OmniVision believes, and therefore alleges, that Qualcomm manufactures computer and communications hardware, including chipsets and other semiconductor products, and related software for a variety of applications.  Qualcomm's products include products for imaging and display, and applications for Qualcomm's products extend across a variety of industries or platforms, including mobile telephone handsets, automotive/trucking, security/surveillance, medical, camera/videophones, digital camcorders, digital still cameras, mobile live cameras, and games.

16.    Qualcomm is very familiar with OmniVision and its products and brands.  Qualcomm purchases computer hardware, namely semiconductor products including chipsets, from OmniVision in order to develop compatible products that interact with OmniVision's products in third-party products.  Qualcomm has purchased products from OmniVision since 2003 and has purchased over 12,000 units from OmniVision since the beginning of 2007.

17.    Qualcomm and OmniVision participate in some of the same trade shows, including Mobile World Congress, CTIA Wireless, and CES; and they appear in some of the same trade publications, including EE Times, PC World, Cellular News, Tech News, and Wireless Week.  Both

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

4

**Complaint and Demand for Jury Trial**
Case No. _____

1   companies' products appear in the same trade channels.  Indeed, their products appear as

2   components in the same products manufactured by third parties, where the components made by

3   OmniVision and Qualcomm interact with each other.

4         18.    On August 22, 2005, Qualcomm filed two applications to register the OMNIVISION

5   mark with the U.S. Patent and Trademark Office ("USPTO") based upon its intent to use the mark in

6   the future, either directly or through a related company.  Qualcomm's application serial no.

7   78/697,428 sought registration of the mark with respect to communications computers and computer

8   terminals in International Class 9.  Qualcomm's application serial no. 78/697,430 sought registration

9   of the mark with respect to providing electronic tracking of freight information to others; location of

10   freight and containers therefor by computer (in International Class 35) and freight transportation

11   information services, namely, providing freight status information for the transportation industry via

12   a global computer network (in International Class 39).  Qualcomm's two applications both relate to

13   an integrated package of computer hardware and services that Qualcomm offers together to the

14   marketplace in what Qualcomm calls a "comprehensive mobile computing platform."

15         19.    The USPTO published Qualcomm's applications for opposition on May 2, 2006.

16   OmniVision timely filed Notices of Opposition to the two applications with the Trademark Trial and

17   Appeal Board of the USPTO on June 1, 2006.  The opposition proceedings are still pending.

18   Opposition proceedings in the USPTO affect only the potential registration of a mark, and they

19   cannot result in any other relief.  OmniVision intends this proceeding to seek additional remedies as

20   well as the same limited relief available through the USPTO, and OmniVision will seek suspension

21   of the opposition proceedings in favor of this litigation.

22         20.    OmniVision believes, and therefore alleges, that at the time of filing the intent-to-use

23   applications Qualcomm had not used the OMNIVISION mark on all the goods and services covered

24   by its applications.

25         21.    OmniVision believes, and therefore alleges, that Qualcomm has -- notwithstanding

26   OmniVision's rights and claims -- begun use of the OMNIVISION mark, with capitalized initial "O"

27   and "V" like the capitalization pattern OmniVision uses, on hardware, related software, and related

28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

5

**Complaint and Demand for Jury Trial**
**Case No. _____**

SF:197334.5

1   services. Qualcomm's OMNIVISION hardware includes products for the processing and display of

2   images.

3       22.    Qualcomm has indicated that it intends not only to persist in its current uses of

4   OMNIVISION but also to expand its uses outside to new areas, focusing on a broader range of

5   industries and applications instead of maintaining only its recent scope of activity with respect to

6   fleet management for the trucking industry.

7       23.    Qualcomm has been aware of OMNIVISION and OmniVision's position as a market

8   leader in semiconductor products. Qualcomm has been aware of the strong association of the

9   OMNIVISION name and mark with OmniVision and its products.

10      24.    Qualcomm uses its OMNIVISION mark in a way likely to cause confusion, mistake,

11  or deception as to the origin, sponsorship, or affiliation of its goods and services and in a way that

12  damages OmniVision and infringes upon OmniVision's registered and common-law trademark

13  rights.

14      25.    Qualcomm's conduct described above has injured OmniVision in its business and

15  property and threatens to continue to injure OmniVision unless enjoined by this Court.

16      26.    Qualcomm's use of OMNIVISION has caused actual confusion in the marketplace

17  that threatens to impair OmniVision's distinctive reputation and brand.

18

19                              **FIRST CAUSE OF ACTION**

20              **Infringement of Federally Registered Trademarks**
                 **(Lanham Act § 32, 15 U.S.C. § 1114)**

21      27.    OmniVision incorporates by reference and realleges paragraphs 1 through 26 above.

22      28.    Qualcomm has, through the conduct described above, infringed upon OmniVision's

23  federally registered trademarks identified above. As a consequence of Qualcomm's infringements,

24  OmniVision is entitled to relief as set forth below.

25                        **SECOND CAUSE OF ACTION**

26        **False Designation of Origin/Trademark Infringement In**
    **Violation of Lanham Act § 43(a)(1)(A), 15 U.S.C. § 1125(a)(1)(A)**

27      29.    OmniVision incorporates by reference and realleges paragraphs 1 through 28 above.

28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

**Complaint and Demand for Jury Trial**
Case No. _____

SF:197334.5

1    30.    Qualcomm, through the conduct described above, in connection with goods and

2  services, has used and continue to use words, names, terms, marks, symbols, devices, false

3  designations of origin, false and misleading descriptions, and representations of facts which are

4  likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or

5  association of Qualcomm with OmniVision, or as to the origin, sponsorship, or approval of

6  Qualcomm's goods, services, or commercial activities by OmniVision.  As a consequence of

7  Qualcomm's misconduct, OmniVision is entitled to relief as set forth below.

**THIRD CAUSE OF ACTION**
**Trademark Dilution under Federal Law**
**(Lanham Act § 43(c), 15 U.S.C. § 1125(c))**

10    31.    OmniVision incorporates by reference and realleges paragraphs 1 through 30 above.

11    32.    Qualcomm has made, and continues to make, commercial use of the OMNIVISION

12  marks in marking, promoting, and delivering its hardware, related software, and related services in

13  interstate commerce after the OMNIVISION marks became distinctive and famous.

14    33.    Qualcomm, through the conduct and violations described above, is likely to dilute the

15  distinctive quality of the famous and distinctive OMNIVISION trademarks by blurring and

16  tarnishment, and make such marks less able to identify and distinguish goods and services.

17  Qualcomm is also likely to injure the business reputation of OmniVision with respect to those marks.

18  Qualcomm has intended to cause dilution of OmniVision's marks and violate its rights under the

19  Lanham Act.

20    34.    As a consequence of Qualcomm's violations, OmniVision is entitled to relief as set

21  forth below.

**FOURTH CAUSE OF ACTION**
**Trademark Dilution Under California Law**
**(California Business & Professions Code Section 14247)**

24    35.    OmniVision incorporates by reference and realleges paragraphs 1 through 34 above.

25    36.    Qualcomm has made, and continues to make, commercial use of the OMNIVISION

26  marks in marking, promoting, and delivering its hardware, related software, and related services

27  after the OMNIVISION marks became distinctive and famous.

37.    Qualcomm, through the conduct and violations described above, is likely to dilute the distinctive quality of the OMNIVISION trade name and trade mark.  Qualcomm is also likely to injure the business reputation of OmniVision with respect to that name and mark.  As a consequence of Qualcomm's violations, OmniVision is entitled to relief as set forth below.

**FIFTH CAUSE OF ACTION**
**Trademark Infringement And Unfair Competition Under California Common Law**

38.    OmniVision incorporates by reference and realleges paragraphs 1 through 37 above.

39.    Qualcomm, through the conduct and violations described above, has engaged in trademark infringement and unfair competition against OmniVision under the common law.  As a consequence of Qualcomm's violations, OmniVision is entitled to relief as set forth below.

**SIXTH CAUSE OF ACTION**
**Declaratory Relief and Rectification Of Trademark Register**

40.    OmniVision incorporates by reference and realleges paragraphs 1 through 39 above.

41.    Qualcomm's OMNIVISION mark in its pending applications so resembles OmniVision's trade name and OMNIVISION marks registered in the Patent and Trademark Office, as to be likely, when used on or in connection with the goods and services of Qualcomm, to cause confusion, or to cause mistake, or to deceive.

42.    OmniVision will suffer injury if Qualcomm obtains registration of its infringing mark.  There is a real and substantial controversy arising from Qualcomm's use of, and application for registration of, OMNIVISION, entitling OmniVision to a declaration that Qualcomm is not entitled to registration of the OMNIVISION mark in its applications and to an order directing the Director of the Patent and Trademark Office to refuse to register the mark and otherwise to rectify the register.  OmniVision is entitled to relief as set forth below.

**PRAYER FOR RELIEF**

WHEREFORE, OmniVision prays that the Court enter judgment as follows:

A.    Preliminarily and permanently enjoining Qualcomm, and all persons in active concert or participation with them,

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

8

**Complaint and Demand for Jury Trial**
Case No. _____

SF:197334.5

1          •       from use of names or marks confusingly similar to those of OmniVision;

2          •       from acts that dilute the marks of OmniVision by blurring or tarnishment;

3          •       from representing by any means whatsoever, directly or indirectly, that

4    Qualcomm and its products, services, and commercial activities are associated in any way with

5    OmniVision or its products or services, and from otherwise taking any other action likely to cause

6    confusion, mistake, or deception;

7          •       from doing any other acts calculated or likely to cause confusion or mistake in

8    the mind of the public or to lead others to believe that Qualcomm's products or services come from

9    or are the products of OmniVision, or are somehow sponsored by or associated with OmniVision;

10   and

11         •       from otherwise unfairly competing with OmniVision or misappropriating

12   OmniVision's reputation and goodwill;

13         B.      Ordering Qualcomm to deliver up for destruction all products, labels, signs, prints,

14   packages, wrappers, receptacles, advertisements, and other articles bearing the infringing marks, and

15   all plates, molds, matrices, or other means of making them that are in its possession or under its

16   control;

17         C.      Awarding OmniVision its actual damages and Qualcomm's unjust and unlawful

18   profits arising from Qualcomm's misconduct;

19         D.      Ordering restitution to OmniVision of Qualcomm's unjust enrichment and unlawful

20   gains to the detriment of OmniVision;

21         E.      Awarding OmniVision additional damages and profits of three times the actual

22   damages and profits, together with attorneys' fees;

23         F.      Declaring that Defendant Qualcomm is not entitled to federal registration of the

24   OMNIVISION mark pursuant to its pending applications and ordering the Director of the United

25   States Patent and Trademark Office to refuse registration or otherwise to rectify the register with

26   respect to the applications;

27         G.      Awarding OmniVision costs of suit; and

28

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111-5894*

**Complaint and Demand for Jury Trial**
**Case No. _____**

SF:197334.5

H.    Granting such other relief as the Court may determine just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff OmniVision Technologies, Inc. demands trial by jury of all issues triable by a jury.

Dated: February 21, 2008         WINSTON & STRAWN LLP


By:  _Andrew P. Bridges_
     Andrew P. Bridges
     Jennifer A. Golinveaux
     K. Joon Oh
     Attorneys for Plaintiff
     OMNIVISION TECHNOLOGIES, INC.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Complaint and Demand for Jury Trial
Case No. _____

SF:197334.5

A

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-02-21 13:02:40 ET

**Serial Number:** 75902595 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 2429766

**Mark (words only):** OMNIVISION

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2006-09-16

**Filing Date:** 2000-01-26

**Transformed into a National Application:** No

**Registration Date:** 2001-02-20

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** <u>TrademarkAssistanceCenter@uspto.gov</u>

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2006-11-27

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. OmniVision Technologies, Inc.

**Address:**
OmniVision Technologies, Inc.
1341 Orleans Drive
Sunnyvale, CA 94089
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

### GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
INTEGRATED CIRCUITS FOR IMAGING, NAMELY, IMAGE SENSORS

**Basis:** 1(a)
**First Use Date:** 1995-05-31
**First Use in Commerce Date:** 1995-05-31

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-05-21 - Attorney Revoked And/Or Appointed

2007-05-21 - TEAS Revoke/Appoint Attorney Received

2006-11-27 - Case File In TICRS

2006-09-16 - Section 8 (6-year) accepted & Section 15 acknowledged

2006-09-11 - Assigned To Paralegal

2006-06-29 - Section 8 (6-year) and Section 15 Filed

2006-06-29 - TEAS Section 8 & 15 Received

2002-07-05 - PAPER RECEIVED

2001-02-20 - Registered - Principal Register

2000-11-28 - Published for opposition

2000-10-27 - Notice of publication

2000-09-23 - Approved for Pub - Principal Register (Initial exam)

2000-08-21 - Communication received from applicant

2000-07-06 - Non-final action mailed

2000-06-29 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Dax Alvarez

**Correspondent**
Dax Alvarez
Blakely Sokoloff Taylor & Zafman LLP
Seventh Floor
12400 Wilshire Boulevard
Los Angeles CA 90025-1030
Phone Number: (310) 207-3800
Fax Number: (310) 820-5988

B

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-02-21 13:01:23 ET

**Serial Number:** 75902448 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2429765

**Mark**



**(words only):** OMNIVISION

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2006-08-28

**Filing Date:** 2000-01-26

**Transformed into a National Application:** No

**Registration Date:** 2001-02-20

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2006-12-01

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. OmniVision Technologies, Inc.

**Address:**
OmniVision Technologies, Inc.
1341 ORLEANS DRIVE
Sunnyvale, CA 94089
United States

**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
INTEGRATED CIRCUITS FOR IMAGING, NAMELY, IMAGE SENSORS
**Basis:** 1(a)
**First Use Date:** 1997-03-31
**First Use in Commerce Date:** 1997-03-31

## ADDITIONAL INFORMATION

**Design Search Code(s):**
**03.15.25** - Cardinals; Crows; Doves; Other birds; Pigeons; Ravens; Robins; Woodpeckers

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-05-21 - Attorney Revoked And/Or Appointed

2007-05-21 - TEAS Revoke/Appoint Attorney Received

2006-12-01 - Case File In TICRS

2006-08-28 - Section 8 (6-year) accepted & Section 15 acknowledged

2006-08-23 - Assigned To Paralegal

2006-06-01 - Section 8 (6-year) and Section 15 Filed

2006-06-01 - TEAS Section 8 & 15 Received

2002-07-05 - PAPER RECEIVED

2001-02-20 - Registered - Principal Register

2000-11-28 - Published for opposition

2000-10-27 - Notice of publication

2000-09-23 - Approved for Pub - Principal Register (Initial exam)

2000-08-21 - Communication received from applicant

2000-07-06 - Non-final action mailed

2000-06-29 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Dax Alvarez

**Correspondent**
Dax Alvarez
Blakely Sokoloff Taylor & Zafman LLP
Seventh Floor
12400 Wilshire Boulevard
Los Angeles CA 90025-1030
Phone Number: (310) 207-3800
Fax Number: (310) 820-5988

C

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-02-21 13:03:51 ET

**Serial Number:** 78920375 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 3229932

**Mark**

# OMNIVISION

**(words only):** OMNIVISION

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2007-04-17

**Filing Date:** 2006-06-29

**Transformed into a National Application:** No

**Registration Date:** 2007-04-17

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-04-17

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. OmniVision Technologies, Inc.

**Address:**
OmniVision Technologies, Inc.
1341 Orleans Drive
Sunnyvale, CA 94089
United States

http://tarr.uspto.gov/tar....gser=registration&entry=3229932&action=R...

**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Integrated circuits
**Basis:** 1(a)
**First Use Date:** 1995-05-31
**First Use in Commerce Date:** 1995-05-31

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
2429766

## MADRID PROTOCOL INFORMATION

**USPTO Reference Number:** A0006746
**International Registration Number:** 0910267
**International Registration Date:** 2006-12-19
**Original Filing Date with USPTO:** 2006-12-19
**International Registration Status:** Application For IR Registered By IB
**Date of International Registration Status:** 2007-02-01
**International Registration Renewal Date:** 2016-12-19
**Irregularity Reply by Date:** (DATE NOT AVAILABLE)

**Madrid History:**
08-20-2007 - 12:58:41 - Ceasing Of Effect Reviewed - No Action Required By Office
08-01-2007 - 07:39:07 - Partial Ceasing Of Effect To Be Processed
02-01-2007 - 09:54:46 - Application For IR Registered By IB
12-19-2006 - 21:00:27 - IR Certified And Sent To IB
12-19-2006 - 17:10:55 - Automatically Certified
12-19-2006 - 17:10:55 - New Application For IR Received

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval"
shown near the top of this page.**

2007-05-21 - Attorney Revoked And/Or Appointed

2007-05-21 - TEAS Revoke/Appoint Attorney Received

2007-04-17 - Registered - Principal Register

2007-01-30 - Published for opposition

2007-01-10 - Notice of publication

2006-12-07 - Law Office Publication Review Completed

2006-12-06 - Assigned To LIE

2006-11-17 - Approved for Pub - Principal Register (Initial exam)

2006-11-15 - Examiner's Amendment Entered

2006-11-15 - Examiners amendment e-mailed

2006-11-15 - Examiners Amendment -Written

2006-11-14 - Assigned To Examiner

2006-07-06 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Dax Alvarez

**Correspondent**
Dax Alvarez
Blakely Sokoloff Taylor & Zafman LLP
Seventh Floor
12400 Wilshire Boulevard
Los Angeles CA 90025-1030
Phone Number: (310) 207-3800
Fax Number: (310) 820-5988

D

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-02-21 13:03:11 ET

**Serial Number:** 78907286 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 3227857

**Mark**



**(words only):** OMNIVISION

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2007-04-10

**Filing Date:** 2006-06-13

**Transformed into a National Application:** No

**Registration Date:** 2007-04-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-04-10

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. OmniVision Technologies, Inc.

**Address:**
OmniVision Technologies, Inc.
1341 Orleans Drive
Sunnyvale, CA 94089
United States

**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Integrated circuits
**Basis:** 1(a)
**First Use Date:** 1997-03-31
**First Use in Commerce Date:** 1997-03-31

## ADDITIONAL INFORMATION

**Design Search Code(s):**
**03.15.01** - Eagles
**03.15.24** - Stylized birds and bats
**03.17.16** - Heads of birds
**26.17.09** - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved

**Prior Registration Number(s):**
2429765

## MADRID PROTOCOL INFORMATION

**USPTO Reference Number:** A0006671
**International Registration Number:** 0909529
**International Registration Date:** 2006-12-12
**Original Filing Date with USPTO:** 2006-12-12
**International Registration Status:** Application For IR Registered By IB
**Date of International Registration Status:** 2007-01-18
**International Registration Renewal Date:** 2016-12-12
**Irregularity Reply by Date:** (DATE NOT AVAILABLE)

**Madrid History:**
08-03-2007 - 11:32:10 - Ceasing Of Effect Reviewed - No Action Required By Office
07-24-2007 - 16:26:01 - Partial Ceasing Of Effect To Be Processed
01-18-2007 - 08:55:07 - Application For IR Registered By IB
12-12-2006 - 21:00:45 - IR Certified And Sent To IB
12-12-2006 - 20:21:01 - New Application For IR Received
12-12-2006 - 20:21:01 - Automatically Certified

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-05-21 - Attorney Revoked And/Or Appointed

2007-05-21 - TEAS Revoke/Appoint Attorney Received

2/21/2008 10:03 AM

2007-04-10 - Registered - Principal Register

2007-01-23 - Published for opposition

2007-01-03 - Notice of publication

2006-12-05 - Law Office Publication Review Completed

2006-12-05 - Assigned To LIE

2006-11-15 - Approved for Pub - Principal Register (Initial exam)

2006-11-14 - Assigned To Examiner

2006-06-20 - Notice Of Design Search Code Mailed

2006-06-19 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Dax Alvarez

**Correspondent**
Dax Alvarez
Blakely Sokoloff Taylor & Zafman LLP
Seventh Floor
12400 Wilshire Boulevard
Los Angeles CA 90025-1030
Phone Number: (310) 207-3800
Fax Number: (310) 820-5988