Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
K. Joon Oh (SBN: 246142)
koh@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400

Attorneys for Plaintiff
OMNIVISION TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OMNIVISION TECHNOLOGIES, INC.,

    Plaintiff,

vs.

QUALCOMM INCORPORATED,

    Defendant.

Case No. CV-08 1036

**CERTIFICATION OF INTERESTED PARITES OR ENTITIES**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Artis Capital Management L.P. is a shareholder that owns more than 10% of the shares for OmniVision Technologies, Inc.; and

- Fidelity Management & Research is a shareholder that owns more than 10% of the shares for OmniVision Technologies, Inc.

////