Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
K. Joon Oh (SBN: 246142)
koh@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:     415-591-1000
Facsimile:     415-591-1400

Attorneys for Plaintiff
OMNIVISION TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE BRANCH**

| | |
|---|---|
| OMNIVISION TECHNOLOGIES, INC., | **Case No. CV-08-1036 RS** |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| QUALCOMM INCORPORATED | |
| Defendant. | |

////

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5894**

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5894. On May 16, 2008, I served the within documents:

1.      SUMMONS;

2.      COMPLAINT;

3.      CERTIFICATION OF INTERESTED PARTIES OR ENTITIES;

4.      ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

5.      ECF REGISTRATION INFORMATION HANDOUT;

6.      NOTICE OF ASSIGNMENT TO A MAGISTRATE JUDGE; AND

7.      STANDING ORDERS FOR CASE MANAGEMENT, SETTLEMENT CONFERENCE PROCEDURES, AND JOINT CASE MANAGEMENT STATEMENT.

| | |
|---|---|
| ☐ | By placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, CA addressed as set forth below. |
| ☐ | By sending the document(s) listed above to the person(s) at the addresses set forth below via Federal Express overnight courier. |
| ☐ | By electronically mailing a true and correct copy of the document(s) listed above to the person(s) listed below through Winston & Strawn LLP's electronic mail system at the e-mail address set forth below. |
| ☒ | By sending the document(s) listed above to the person(s) listed and addresses set forth below via Nationwide Messenger Services. |
| ☐ | By the Court's ECF electronic mailing system. |

David H. Dolkas
Terry W. Ahearn
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
Attorneys and Agents for Service of Process for
Defendant Qualcomm Incorporated

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Certificate of Service                                          Case No. CV-08-1036 RS

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on May 19, 2008 at San Francisco, California.

WINSTON & STRAWN LLP

By:   /s/ Ginny Hirsch Ebert
          Ginny Hirsch Ebert

SF:206368.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Certificate of Service                                                    Case No. CV-08-1036 RS