Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
K. Joon Oh (SBN: )
koh@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400

Attorneys for Plaintiff
OMNIVISION TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE BRANCH

| | |
|---|---|
| OMNIVISION TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. CV-08-1036 (RS)<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

////

////

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/21/08

OMNIVISION TECHNOLOGIES, INC.

_____
Y. Vicky Chou,
Vice President of Legal and General Counsel

Dated: May 21, 2008

WINSTON & STRAWN LLP

_____
Andrew P. Bridges
Jennifer A. Golinveaux
K. Jooh Oh
Attorneys for Plaintiff
OMNIVISION TECHNOLOGIES, INC.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894