1  Andrew P. Bridges (SBN: 122761)
   abridges@winston.com
2  Jennifer A. Golinveaux (SBN: 203056)
   jgolinveaux@winston.com
3  K. Joon Oh (SBN: 246142)
   koh@winston.com
4  WINSTON & STRAWN LLP
   101 California Street
5  San Francisco, CA  94111-5894
   Telephone:    415-591-1000
6  Facsimile:    415-591-1400

7  Attorneys for Plaintiff
   OMNIVISION TECHNOLOGIES, INC.
8

9                       **UNITED STATES DISTRICT COURT**

10                      **NORTHERN DISTRICT OF CALIFORNIA**

11                              **SAN JOSE BRANCH**

12

13  OMNIVISION TECHNOLOGIES, INC.,        )   **Case No. CV-08-1036 RS**
                                          )
14                  Plaintiff,            )
                                          )   **CERTIFICATE OF SERVICE**
15          vs.                           )
                                          )
16  QUALCOMM INCORPORATED                 )
                                          )
17                  Defendant.            )
                                          )
18

19

20  ////

---

Certificate of Service                                    Case No. CV-08-1036 RS

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5894. On May 21, 2008, I served the within document:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

| | |
|---|---|
| ☒ | By placing the document above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, CA addressed as set forth below. |
| ☐ | By sending the document(s) listed above to the person(s) at the addresses set forth below via Federal Express overnight courier. |
| ☐ | By electronically mailing a true and correct copy of the document(s) listed above to the person(s) listed below through Winston & Strawn LLP's electronic mail system at the e-mail address set forth below. |
| ☐ | By sending the document(s) listed above to the person(s) listed and addresses set forth below via Nationwide Messenger Services. |
| ☐ | By the Court's ECF electronic mailing system. |

    David H. Dolkas
    Terry W. Ahearn
    McDermott Will & Emery LLP
    3150 Porter Drive
    Palo Alto, CA 94304
    Attorneys and Agents for Service of Process for
    Defendant Qualcomm Incorporated

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on May 21, 2008 at San Francisco, California.

    WINSTON & STRAWN LLP


By:   /s/ Ginny Hirsch Ebert
        Ginny Hirsch Ebert

SF:206844.1