TERRENCE P. McMAHON (SBN: 71910)
tmcmahon@mwe.com
DAVID H. DOLKAS (SBN: 111080)
ddolkas@mwe.com
TERRY W. AHEARN (SBN: 216543)
tahearn@mwe.com

McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:   650.813.5000
Facsimile:    650.813.5100

Attorneys for Defendant QUALCOMM
INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMNIVISION TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | CASE NO. CV 08 1036 (RS)<br><br>**ADR CERTIFICATION BY QUALCOMM AND ITS COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

1. Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR internet site www.adr.cand.uscourts.cov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

2. Discussed the available dispute resolution options provided by the Court and private entities; and

3. Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/21/08

_____
Donald J. Sullivan, Senior Legal Counsel,
Qualcomm

CASE NO. CV 08 1036 (RS)

1  Dated: 5/21/08                              /s/ _____
                                               Terry W. Ahearn, Counsel for Qualcomm

**CERTIFICATE OF SERVICE**

Pursuant to the Electronic Filing Administrative Policies and Procedures Manual section 2.d, I hereby certify that on this **May 21, 2008**, I electronically filed the

**ADR CERTIFICATION BY QUALCOMM AND ITS COUNSEL**

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys for Plaintiff, Andrew P. Bridges, Jennifer A. Golinveaux, K. Joon Oh with the email addresses: abridges@winston.com, jgolinveaux@winston.com, koh@winston.com.

Executed on **May 21, 2008** at Palo Alto, California.

Gina Marie Royeca

MPK 142186-1.050278.0399

CERTIFICATE OF SERVICE

CV 08 1036 (RS)