TERRENCE P. McMAHON (SBN: 71910)
tmcmahon@mwe.com
DAVID H. DOLKAS (SBN: 111080)
ddolkas@mwe.com
TERRY W. AHEARN (SBN: 216543)
tahearn@mwe.com

McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:    650.813.5000
Facsimile:    650.813.5100

Attorneys for Defendant QUALCOMM
INCORPORATED

*E-FILED 5/28/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMNIVISION TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | CASE NO.  CV 08 1036 (RS)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS** |

CASE NO. CV 08 1036 (RS)

## STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION

Omnivision Technologies, Inc. ("OVT") and Qualcomm, Incorporated ("Qualcomm") have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in private mediation. The parties are in the process of working out the details of the anticipated mediation.

The parties further agree to hold the private mediation session by October 31, 2008.

Dated: May 20, 2008

_____
Attorney for Plaintiff

Dated: 5/21/08

_____
Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the parties Stipulation To Alternative Dispute Resolution, the above-entitled action is hereby referred to private mediation.

The deadline for the parties to hold a private mediation session is October 31, 2008.

**IT IS SO ORDERED.**

Dated: May 28, 2008

_____
UNITED STATES MAGISTRATE JUDGE

MPK 141800-1.050278.0399

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

- 2 -    CASE NO. CV 08 1036 (RS)

# CERTIFICATE OF SERVICE

Pursuant to the Electronic Filing Administrative Policies and Procedures Manual section 2.d, I hereby certify that on this **May 21, 2008**, I electronically filed the

**STIPULATION AND (PROPOSED) ORDER SELECTING ADR PROCESS**

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys for Plaintiff, Andrew P. Bridges, Jennifer A. Golinveaux, K. Joon Oh with the email addresses: abridges@winston.com, jgolinveaux @winston.com, koh@winston.com.

Executed on **May 21, 2008** at Palo Alto, California.

Gina Marie Roveca

MPK 142180-1.050278.0399