TERRENCE P. McMAHON (SBN: 71910)
tmcmahon@mwe.com
DAVID H. DOLKAS (SBN: 111080)
ddolkas@mwe.com
TERRY W. AHEARN (SBN: 216543)
tahearn@mwe.com

McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:    650.813.5000
Facsimile:    650.813.5100

Attorneys for Defendant QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMNIVISION TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED, <br><br> Defendant. | CASE NO. CV 08 1036 (RS) <br><br> **CERTIFICATION OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties and those interested parties disclosed by Omnivision Technologies, Inc., no such interest is known.

Dated: May 30, 2008                              McDERMOTT WILL & EMERY LLP

                                                               By: /s/ Terry W. Ahearn
                                                                    TERRENCE P. McMAHON
                                                                    DAVID H. DOLKAS
                                                                    TERRY W. AHEARN

                                                                    Attorneys for Defendant
                                                                    QUALCOMM INCORPORATED

MPK 142354-1.050278.0399