1  TERRENCE P. McMAHON (SBN: 71910)
   tmcmahon@mwe.com
2  DAVID H. DOLKAS (SBN: 111080)
   ddolkas@mwe.com
3  TERRY W. AHEARN (SBN: 216543)
   tahearn@mwe.com
4
   McDERMOTT WILL & EMERY LLP
5  3150 Porter Drive
   Palo Alto, CA  94304-1212
6  Telephone:    650.813.5000
   Facsimile:    650.813.5100
7
   Attorneys for Defendant QUALCOMM
8  INCORPORATED

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| OMNIVISION TECHNOLOGIES, INC., | CASE NO. CV 08 1036 (RS) |
|---|---|
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of title 28 U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 30, 2008                                McDERMOTT WILL & EMERY LLP

By: /s/ Terry W. Ahearn
TERRENCE P. McMAHON
DAVID H. DOLKAS
TERRY W. AHEARN

Attorneys for Defendant
QUALCOMM INCORPORATED

MPK 142021-1.050278.0399