UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time: 7 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __NOT REPORTED__                              DATE: __6/11/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
                                                              CASE #: __C 08-01036RS__

CASE TITLE: __OMNIVISION TECHNOLOGIES, INC.__ VS. __QUALCOMM, INC.__

**Appearances for Plaintiff(s)**           **Appearances for Defendant(s)**

  __ANDREW P. BRIDGES__                      __TERRY AHERN__

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X}  CMC   { } MOTIONS LISTED BELOW:

Pltf.    Deft.    Cross Mot.
{ }      { }      { }    1._____
{ }      { }      { }    2._____
{ }      { }      { }    3._____
{ }      { }      { }    4._____

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[  ] GRANTED       [  ] DENIED        [  ] SUBMITTED       [  ] DENIED/GRANTED in part

[  ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)**  { } Cont'd to: _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments: _____

  CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER

HOURS IN SETTLEMENT: _____       Copies to: _____  _____  _____