WINSTON & STRAWN LLP
Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
K. Joon Oh (SBN: 246142)
koh@winston.com
101 California Street
San Francisco, CA  94111-5894
Telephone:	415-591-1000
Facsimile:	415-591-1400

Attorneys for Plaintiff
OMNIVISION TECHNOLOGIES, INC.


Terrence P. McMahon (SBN:  71910)
tmcmahon@mwe.com
David H. Dolkas (SBN:  111080)
ddolkas@mwe.com
Terry W. Ahearn (SBN:  216543)
tahearn@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:	650 815 7400
Facsimile:	650 815 7401

Attorneys for Defendant
QUALCOMM INCORPORATED

**\*\*E-Filed 4/8/09\*\***

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE BRANCH

| | |
|---|---|
| OMNIVISION TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> QUALCOMM INCORPORATED, <br><br> Defendant. | **Case No. CV-08-1036 RS** <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and in consideration of a Settlement Agreement entered into by the parties on April 8, 2009, Plaintiff

- 1 -

OmniVision Technologies, Inc. and Defendant Qualcomm Incorporated each hereby stipulates to the dismissal of this action with prejudice, including all claims that the parties have asserted against each other. The parties further stipulate, and request that the Court orders, that the Court retain jurisdiction over the case for the purposes of enforcing, or adjudicating disputes arising from, the parties' settlement agreement. Each party is to bear its own costs and fees.

Dated: April 8, 2009          WINSTON & STRAWN LLP


By:  /s/ K. Joon Oh
     Andrew P. Bridges
     Jennifer A. Golinveaux
     K. Joon Oh
  Attorneys for Plaintiff,
  OMNIVISION TECHNOLOGIES, INC.

Dated: April 8, 2009          McDERMOTT WILL & EMERY LLP


By:  /s/ T. Ahearn
     Terrence P. McMahon
     David H. Dolkas
     Terry W. Ahearn
     Attorneys for Defendant,
     QUALCOMM INCORPORATED

I, K. Joon Oh, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that the parties have concurred in this filing.

Dated: April 8, 2009          By:  /s/ K. Joon Oh

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: April 8, 2009

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

MPK 150955-9.050278.0399

SF:242361.8

- 3 -

SF:247172.1